CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Amanda Jay Bia**; DOB: 1999; United States<br>**Victor Manuel Campa-Rodriguez**; DOB: 1986; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>26-05126MJ |

Complaint for violation of 8 U.S.C. §§ 1324(a)(2)(B)(ii),

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
**COUNT 1:** On or about June 25, 2026, in the District of Arizona, **Amanda Jay Bia** and **Victor Manuel Campa-Rodriguez** did knowing or in reckless disregard of the fact that certain aliens, including Anayeli Jimenez-Vazquez, had not received prior official authorization to come to, enter, or reside in the United States, did bring, or attempt to bring, to the United States said aliens, in any manner whatsoever, regardless of any official action which may later be taken with respect to such aliens, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Section ' 1324(a)(2)(B)(ii).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On June 25, 2026, in the District of Arizona (Douglas), at approximately 9:30 p.m., **Amanda Jay Bia**, who was the driver of a white 2018 Chevrolet Equinox bearing Arizona plate number 05A456, applied for entry into the United States at the Douglas, Arizona Port of Entry via the vehicle lane. **Bia** was accompanied by her boyfriend, **Victor Manuel Campa Rodriguez**, who was the front passenger of the vehicle, and there was an individual in the rear passenger seat of the vehicle. **Bia** presented her Arizona driver's license bearing her correct information and also presented an Arizona driver's license for the rear passenger to Customs and Border Protection Officers (CBPOs). **Campa-Rodriguez** stated that he was not in possession of a document but provided his name and date of birth and stated that he was a United States citizen. CBPOs queried all documents presented with no derogatory information and no positive alerts. CBPOs then conducted impostor checks on both females that had presented documents and noticed facial discrepancies on the rear passenger. **Bia** told CBPOs that they were going back to Tucson where they lived. **Campa-Rodriguez** stated that they were visiting family in Mexico and that he and **Bia** were in a relationship and that the subject in the rear seat was a friend who asked them for a ride. He further stated that they had previously given the subject a ride several times. The subject in the rear seat stated that she was a United States citizen and that she was born in Tucson. CBPOs asked the subject in the rear seat if the document that she presented belonged to her and she stated that it did. When asked how she obtained the document, she did not respond. CBPOs took a negative customs declaration from **Bia** to include drugs, weapons or currency over $10,000 before calling Passport Control Unit (PCU) Officers to the lane. PCU officers conducted a secondary impostor check and noticed facial discrepancies before escorting all subjects to the Passport Control Unit. In the Passport Control Unit, CBPOs determined that the rear passenger, now identified as Anayeli Jimenez-Vazquez, was not the true owner of the Arizona driver's license and is a native and citizen of Mexico with no proper entry documents.
**Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Anayeli Jimenez-Vazquez

| | |
|---|---|
| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>David Soria<br>Customs and Border Protection Officer |
| **Sworn by telephone** x | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>June 26, 2026 |

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Enderle

**Continued from front page.** 26-05126MJ

Material witness Anayeli Jimenez-Vazquez stated that she is a citizen and national of Mexico and that she has no petitions or applications pending with United States Citizenship and Immigration Services. She attempted to enter the United States by using an Arizona driver's license bearing the name of a different individual. Jimenez-Vazquez traveled to a stash house in Agua Prieta, Sonora before waiting eight days to be smuggled into the United States. She was never told the amount of money that it would cost her to be smuggled into the United States, but she was told that she could make payments once she started to work in Dallas. Jimenez-Vazquez was told to get in the backseat of the vehicle and was told she would cross in 20 minutes. While waiting in line, the driver and front passenger spoke in English, and she could not understand. The male front seat passenger spoke to her in Spanish telling her to relax.